RECEIVED

JUL 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES, DISTRICT OF COLUMBIA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc. No. 1:06MS00313 (RMU) |
| ROBERT WAGES, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

It appearing that defendant has withdrawn his subpoena in this case, this matter is voluntarily dismissed from the docket of the court, without prejudice, pursuant to Fed. R. Civ. P. 41.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___14th___ day of July, 2006, I caused service of the following: Notice of Dismissal to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

Kevin Oliver
806 7th St., N.W., Suite 301
Washington, DC 20001
Atty. for Defendant

CLAIRE WHITAKER
Assistant United States Attorney